Honorable Robert S. Lasnik

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| QOTD FILM INVESTMENT LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARY STARR, an individual;<br>JUDY RUSHING, an individual;<br>YURIY KUPCHENKO, an individual;<br>WADE COPE, an individual;<br>JOHN ALCANTAR, an individual;<br>MATT MAKOWICZ, an individual;<br>SONNY NGUYEN, an individual; and<br>MICHAEL COOK, an individual<br><br>                    Defendants. | Civil Action No. 16-cv-0371RSL<br><br>MOTION FOR LEAVE TO AMEND<br>COMPLAINT TO SUBSTITUTE PARTY<br><br><br>NOTE ON MOTION CALENDAR:<br>October 7, 2016 |

18

19

20

Plaintiff respectfully moves for leave to amend its complaint to substitute Brian Wilson for Judy Rushing. Support for this motion is outlined and below and supported by the accompanying declaration of counsel.

21

22

23

24

25

26

After receiving Internet Service Provider (ISP) information identifying subscribers, Plaintiff filed a first amended complaint naming subscribers on July 8, 2016. (Dkt. 16) With respect to Defendant Judy Rushing, service of the summons and compliant was accomplished on July 19, 2016. (Dkt. 20) That same day Ms. Rushing, unrepresented by legal counsel, contacted our office and alleged that her unidentified adult son, living at her residence, had admitted to and was responsible for the copyright infringement. Plaintiff indicated that if she would provide the

MOTION FOR LEAVE TO AMEND COMPLAINT
TO SUBSTITUTE PARTY - 1
Civil Action No. 16-cv-0371RSL
INIP-6-0031P39 MOTAmdSub

LOWE GRAHAM JONES ℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

identifying information, it would promptly seek leave to substitute the son. (Lowe Dec. ¶ 2) The next day Plaintiff was contacted by J. Curtis Edmondson, Esq., who claimed to represent Ms. Rushing and made several general inquiries about the case. Plaintiff explained the claims and again requested information about the identity of the responsible party, indicating that Plaintiff would promptly amend one that information was provided. (Lowe Dec. ¶ 3)

Rather than responding with the identification of the claimed responsible party—and without allowing Plaintiff an opportunity to substitute the responsible party—Defendant Rushing filed an answer and counterclaim on August 8, 2016. (Dkt. 27) At the Defendant's instigation, Counsel for the parties had several discussions about settlement between August 11 and August 22, 2016, during which time Defendant Rushing still refused to reveal the identity of the claimed responsible party. Finally, on August 22, 2016, Defendant Rushing identified her adult son, Brian Wilson, as the responsible party. (Lowe Dec. ¶4) After attempting unsuccessfully to reach agreement on a stipulated motion to substitute parties, the present motion to substitute promptly followed.

Defendant Rushing's answer represents that the now-identified adult son, Brian Wilson, is the responsible party for the copyright infringement. Accordingly, Plaintiff respectfully requests leave to file a second amended complaint per FRCP 15 and LCR 15, in the form attached hereto as Exhibit A, substituting Brian Wilson for Judy Rushing and dismissing Plaintiff's claims against Ms. Rushing along with her counterclaims of noninfringement.

Per Rule 15, such leave should be "freely give[n] when justice so requires." In determining whether to allow an amendment, a court considers whether there is "undue delay," "bad faith," "undue prejudice to the opposing party," or "futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "The party opposing amendment bears the burden of showing prejudice." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 187 (9th Cir. 1987). "Absent prejudice, or a strong showing of any of the remaining Foman factors, there exists a presumption

MOTION FOR LEAVE TO AMEND COMPLAINT
TO SUBSTITUTE PARTY - 2
Civil Action No. 15-cv-1616TSZ
INIP-6-0031P39 MOTAmdSub

LOWE GRAHAM JONES ₚₗₗc

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

under Rule 15(a) in favor of granting leave to amend." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).

Plaintiff respectfully submits that justice requires amendment here, as such amendment is necessary to include the admitted responsible party in the lawsuit. Moreover, there is no undue delay, bad faith or prejudice in this case. Plaintiff has diligently sought identification of the claimed responsible party—a son of the named subscriber—since notification of his existence and responsibility, and promptly, within days, filed the present motion once identification was received. Indeed, it was only due to Defendant Rushing's delay in provide that information—while quickly filing an answer and counterclaims—that prevented Plaintiff's amendment from taking place over the least thirty days. There can be no prejudice to Defendant Rushing as she will now be dismissed in favor of Mr. Wilson, and also because any delay was her own doing. Further, the amendment is not futile; as noted, if Defendant Rushing's answer is to be believed, Mr. Wilson has already admitted responsibility for the copyright infringement.

Plaintiff certifies that it attempted to unsuccessfully to secure Defendant Rushing's consent to this amendment, per Rule 15(a)(2). (Lowe Dec. ¶ 5)

RESPECTFULLY SUBMITTED this 6th day of September, 2016.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for QOTD Film Investment Ltd.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

MOTION FOR LEAVE TO AMEND COMPLAINT
TO SUBSTITUTE PARTY - 3
Civil Action No. 15-cv-1616TSZ
INIP-6-0031P39 MOTAmdSub

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR LEAVE TO AMEND COMPLAINT
TO SUBSTITUTE PARTY - 4
Civil Action No. 15-cv-1616TSZ

INIP-6-0031P39 MOTAmdSub

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301