Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QOTD FILM INVESTMENT LTD., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WILSON, an individual; and SONNY NGUYEN, an individual <br><br> Defendants. | Civil Action No. 16-cv-0371RSL <br><br> STIPULATED DISMISSAL OF SONNY NGUYEN |

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the withdrawal of Defendant's pending motion to impose litigation bond and to dismissal of Plaintiff's claims against Defendant Sonny Nguyen with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

s/Joseph Chalverus, WSBA No. 13,449
chalveruslaw@gmail.com
LAW OFFICE OF JOSEPH CHALVERUS
P.O. Box 25050
Seattle, WA 98165
T: 206.361.4840

*Attorneys for Defendant*

STIPULATED DISMISSAL
Civil Action No. 16-cv-0371RSL
INIP-6-0031P48 SDMISS - Doe 13

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301