Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERIC NYDAM, an individual; and DOE 6,<br><br>Defendants. | Civil Action No. 14-cv-1819RAJ<br><br>DECLARATION OF BRIAN G. BODINE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

I, Brian G. Bodine, declare as follows:

1. I have personal knowledge of the facts set forth herein.

2. I am a shareholder with the firm of Lane Powell PC, which is a full-service law firm headquartered in Seattle.

3. My practice focuses on patent, trademark, copyright and other intellectual property litigation and related counseling.

4. In my capacity as a shareholder with Lane Powell, I have occasion to review and provide input in setting billings rates for myself and other attorneys that I supervise at the firm.

5. In addition, I have been practicing in the local intellectual property community for approximately the last twenty years.

6. I have known David Lowe, both personally and by reputation, for more than a decade. I am aware of Mr. Lowe's training, expertise and skill set.

DECLARATION OF BRIAN G. BODINE - 1
Civil Action No. 14-cv-1819RAJ
INIP-6-0010P19 DEC_BB.docx

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

7. I have been informed by Mr. Lowe that the billing rate he charged his client in connection with the above-identified matter is $450 per hour.

8. Based on my personal knowledge and experience in this community, and with Mr. Lowe himself, I believe $450 per hour to be a reasonable billing rate, and commensurate with rates of attorneys with similar experience and practice in the area.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of February, 2016.

_____
Brian G. Bodine

DECLARATION OF BRIAN G. BODINE - 2
Civil Action No. 14-cv-1819RAJ
INIP-6-0010P19 DEC_BB.docx

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301