UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QOTD FILM INVESTMENT, LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>MARY STARR, *et al.*,<br><br>    Defendants. | Case No. C16-0371RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

    This matter comes before the Court on attorney J. Curtis Edmondson's motion to withdraw as counsel for defendant Brian Wilson (only). Dkt. # 95. The request is unopposed (Dkt. # 100 at 1) and is therefore GRANTED. The parties' extraneous arguments and requests for relief have not been considered, but the Court notes that Ms. Rushing's counterclaim for a declaratory judgment of non-infringement has not been dismissed or withdrawn.

    Dated this 24st day of July, 2017.

                                           /s/ Robert S. Lasnik
                                           Robert S. Lasnik
                                           United States District Judge

ORDER GRANTING LEAVE
TO WITHDRAW - 1