UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QOTD FILM INVESTMENT, LTD,

    Plaintiff,

    v.

MARY STARR, *et al.*,

    Defendants.

Case No. C16-0371RSL

ORDER STAYING CASE

This matter comes before the Court on defendant Brian Wilson and counterclaimant Judy Rushing's "Motion for Summary Judgment of Non Infringement Due to Lack of Standing." Dkt. # 119. On March 25, 2017, plaintiff QOTD Film Investment, Ltd., was dissolved. Under the United Kingdom Companies Act, section 1012(1), all of plaintiff's property and rights, including the copyright at issue in this litigation, were deemed ownerless goods as of that date and were automatically transferred to the Crown. Wilson and Rushing argue, and plaintiff does not dispute, that plaintiff cannot succeed on its infringement claim if it does not own the copyright. Plaintiff asserts, however, that a third party entity is taking steps to reinstate plaintiff, at which point the company will be "deemed to have continued in existence as if it had not been dissolved or struck off the register." U.K. Companies Act § 1032(1).

At the moment, plaintiff has no interest in the subject copyright and does not have standing to pursue an infringement claim. The above-captioned matter is hereby

ORDER STAYING CASE - 1

STAYED for thirty days to allow plaintiff an opportunity to obtain a court order restoring it to the register. If proof of registration is not filed within that time period, plaintiff's infringement claims will be dismissed.

The trial date and all remaining case management deadlines are hereby STRICKEN. The pending motions in limine will be renoted if plaintiff is reinstated in a timely manner. Plaintiff need not respond to the motions at this time.

Dated this 23rd day of March, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge