Honorable Robert S. Lasnik

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

QOTD FILM INVESTMENT LTD.,

Civil Action No. 16-cv-0371RSL

8

Plaintiff,

SECOND DECLARATION OF GREGORY
MCLACHLAN IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT
DUE TO LACK OF STANDING

9

v.

10

BRIAN WILSON, an individual,

11

Defendant.

12
13

I, Gregory McLachlan, declare as follows:

14     1.     I am a principal with Benayora Pictures, a primary production company associated

15 with Plaintiff QOTD Film Investment Ltd. I make this declaration on personal knowledge, and

16 documents referenced herein are true and accurate copies.

17     2.     On April 14, 2017, Ragen Amin at RMR Partnership LLP sent me documentation

18 which required Mr. Michael Benaroya's signature in order to reinstate QOTD Film Investment

19 Ltd. Mr. Benaroya signed the necessary documents and I subsequently sent them to Ragen Amin.

20     3.     At this juncture, there no other actions Benayora Pictures or QOTD Film

21 Investment Ltd. need to take to obtain re-instatement. Ragen Amin advised that Companies House

22 will likely take approximately 2 weeks to re-instate QOTD Film Investment Ltd. on the paperwork

23 is submitted.

24     I declare under penalty of perjury that the foregoing is true and correct.

25     EXECUTED April 23, 2018.

26

_____
Gregory McLachlan

SECOND DECLARATION OF GREGORY
MCLACHLAN
Civil Action No. 16-cv-0371RSL
INIP-6-0031P70 2ndDEC_GM

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

SECOND DECLARATION OF GREGORY
MCLACHLAN

Civil Action No. 16-cv-0371RSL

INIP-6-0031P70 2ndDEC_GM

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301