Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QOTD FILM INVESTMENT LTD., | Civil Action No. 16-cv-0371RSL |
| Plaintiff, | DECLARATION OF DAVID A. LOWE |
| v. | |
| BRIAN WILSON, an individual, | |
| Defendant. | |

I, David A. Lowe, declare as follows:

1. I am a member of LOWE GRAHAM JONES^PLLC, an actively practicing attorney in good standing licensed by the State of Washington (WSBA No. 24,453). All documents referenced herein are true and accurate copies.

2. Exhibit A is a copy of webpages obtained today, May 9, 2018, from the United Kingdom Companies House website database, showing that Plaintiff QOTD Film Investment Limited is currently an active company, and that it was successfully restored as of May 9, 2018. As indicated on the webpages, confirming documentation is being processed and "will be available in 5 days."

3. As explained by prior declarants of records (see Dkts. 133, 134), and contrary to the wholly unsupported speculation of counsel in Defendant's recent opposition filing (Dkt. 135), reasonable efforts were made to promptly restore the company, and there is no evidence that

DECLARATION OF DAVID A. LOWE - 1
Civil Action No. 16-cv-0371RSL
INIP-6-0031P71 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

QOTD "could have had the company reinstated two weeks after defendants had filed their MSJ on February 4, 2018." (Id. at 2)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED July 3, 2017.

s/David A. Lowe, WSBA No. 24,453

DECLARATION OF DAVID A. LOWE - 2
Civil Action No. 16-cv-0371RSL
INIP-6-0031P71 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>s/ David A. Lowe</u>

DECLARATION OF DAVID A. LOWE - 3
Civil Action No. 16-cv-0371RSL
INIP-6-0031P71 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301